UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA BELLER, a minor, by his next friend and mother, MELISSA WELCH, and MELISSA WELCH, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:03-cv-0889-TWP-TAB ) |
| HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY d/b/a WISHARD MEMORIAL HOSPITAL d/b/a WISHARD AMBULANCE SERVICE; ST. FRANCIS HOSPITAL & HEALTH CENTERS, and CLARIAN HEALTH PARTNERS d/b/a METHODIST HOSPITAL OF INDIANA, INC. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF CLARIAN HEALTH PARTNERS d/b/a METHODIST HOSPITAL OF INDIANA, INC.**

This matter comes before the Court upon the parties' Stipulation of Dismissal With Prejudice; and the Court, being in all things duly advised in the premises, does hereby ***ORDER, ADJUDGE, AND DECREE*** that all claims against Defendant Clarian Health Partners, d/b/a Methodist Hospital of Indiana, Inc. is dismissed, WITH PREJUDICE, with each party to bear its own attorney fees and costs. Plaintiff will continue to prosecute this case as to Defendants, Health and Hospital Corporation of Marion County d/b/a Wishard Memorial Hospital d/b/a Wishard Ambulance Service and St. Francis Hospital & Health Centers.

DATED: 08/27/2010 _____.

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Cheryl A. Planck
ATTORNEY AT LAW
5525 South Meridian Street
Indianapolis, IN  46217
cherylplanck@att.net

Mary M. Ruth Feldhake
TABBERT HAHN EARNEST & WEDDLE LLP
One Indiana Square, Suite 1900
Indianapolis, IN  46204
mfeldhake@tabberthahn.com

Gerald W. Mayer
4911 East 56th Street
Indianapolis, IN  46260
gwmayer@sbcglobal.net

Christopher L. Riegler
John Francis Williams, III
HALL RENDER KILLIAN HEATH & LYMAN
One American Square, Suite 2000
Indianapolis, IN  46282
criegler@hallrender.com
jwilliams@hallrender.com

David J. Mallon, Jr.
Audra Ferguson-Allen
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
david.mallon@icemiller.com
audra.ferguson-allen@icemiller.com

I/2327586.1